# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON J. CANJAR, Individually and On Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.<br><br>      *Defendants*. | Case No. 3:21-cv-00181-NJR |

## DEFENDANT UNIVAR SOLUTIONS INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION CONSOLIDATED COMPLAINT

Defendant Univar Solutions Inc. ("Defendant Univar") hereby moves to dismiss the Amended Class Action Consolidated Complaint (the "Complaint") filed by Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(6), based upon the Memorandum in Support filed herewith and incorporated herein, along with the pleadings and other papers previously filed in this action, including Defendants' Joint Motion to Dismiss.

WHEREFORE, for the reasons stated and incorporated in Defendant Univar's Memorandum in Support, Defendant Univar respectfully requests that the Court grant this Motion and dismiss all of Plaintiffs' claims against Defendant Univar with prejudice.

Dated: May 5, 2021                    Respectfully submitted,

                                      By: /s/ *Craig C. Martin*

                                      Craig C. Martin
                                      Matt D. Basil
                                      **WILLKIE FARR & GALLAGHER LLP**
                                      300 North LaSalle
                                      Chicago, IL 60654-3406
                                      Telephone: (312) 728-9000
                                      cmartin@willkie.com
                                      mbasil@willkie.com

                                      *Attorneys for Univar Solutions Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served on Counsel of Record via CM/ECF on May 5, 2021.

                   */s/ Maria C. Liu*