# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BARBARA PIPER, as Executrix of the Estate of Michael Piper, Deceased, on behalf of herself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>*Defendants.* | Case No. 3:21-CV-00021-NJR |
| **JOHN C. SWANSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>*Defendants.* | Case No. 3:21-CV-00046-NJR |

| | |
|---|---|
| **CHARLES LEX,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>*Defendants.* | Case No. 3:21-CV-00122-NJR |
| **JONES PLANTING CO. III, on behalf of itself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>*Defendants.* | Case No. 3:21-CV-00173-NJR |

| | |
|---|---|
| **JASON J. CANJAR D/B/A YEDINAK REGISTERED HOLSTEINS, on behalf of himself and all others similarly situated,**<br><br>        *Plaintiff,*<br><br>**v.**<br><br>**BAYER CROPSCIENCE LP, BAYER CROPSCIENCE INC., CORTEVA INC., CARGILL INCORPORATED, BASF CORPORATION, SYNGENTA CORPORATION, WINFIELD SOLUTIONS, LLC, UNIVAR SOLUTIONS, INC., FEDERATED CO-OPERATIVES LTD., CHS INC., NUTRIEN AG SOLUTIONS INC., GROWMARK, INC., GROWMARK FS, LLC, SIMPLOT AB RETAIL SUB, INC., AND TENKOZ INC.,**<br><br>        *Defendants.* | Case No. 3:21-CV-00181-NJR |

## SYNGENTA CORPORATION'S MOTION TO DISMISS THE CLASS ACTION CONSOLIDATED COMPLAINT

Syngenta Corporation hereby moves to dismiss with prejudice all claims against it in this action pursuant to Fed. R. Civ. P. 12(b)(6), on the grounds set forth in Defendants' Joint Motion to Dismiss Plaintiffs' Class Action Consolidated Complaint and the Memorandum of Law in Support Thereof, and in addition thereto because plaintiffs fail to state a claim for conspiracy as to Syngenta Corporation, as set forth in Syngenta Corporation's Memorandum of Law in Support of Its Motion to Dismiss the Class Action Consolidated Complaint.

Dated: May 5, 2021

/s/ Paul S. Mishkin
Paul S. Mishkin (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4292
paul.mishkin@davispolk.com


Michael J. Nester #2037211
DONOVAN ROSE NESTER, P.C.
15 North 1st Street, Suite A
Belleville, IL 62220
Tel: (618) 212-6500
mnester@drnpc.com


*Attorneys for Syngenta Corporation*

## CERTIFICATE OF SERVICE

      I, Paul S. Mishkin, an attorney, hereby certify that I filed Syngenta's Motion to Dismiss the Class Action Consolidated Complaint using the CM/ECF system on this 5th day of May 2021.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                              /s/ Paul S. Mishkin